AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FILED
2·16·2023
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

United States of America
v.
JAMES ALLEN RANDALL

Case No. 3:23-mj-1083-MCR

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 2/11/23 and 2/16/23 in the county of Clay in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) and (b)(1) | Receipt of child pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Access with intent to view child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Ashley Wilson, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/16/23

_____
Judge's signature

City and state: Jacksonville, Florida

Monte C. Richardson, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Ashley Wilson, being duly sworn, hereby state as follows:

1.     I am a Special Agent (SA) with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), an agency of the United States Department of Homeland Security (DHS), and have been so employed since October 2007. I am currently assigned to the Office of the Assistant Special Agent in Charge Jacksonville, Florida, where I conduct a variety of investigations. Prior to this assignment, I was assigned to the Office of the Deputy Special Agent in Charge Laredo, Texas, for approximately 6 years also as a Special Agent. I have a bachelor's degree in Criminal Justice. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation, or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I participated in a 22-week training program at the Federal Law Enforcement Training Center in Brunswick, Georgia, which included the Criminal Investigator Training Program and ICE Special Agent Training. In my capacity as a Special Agent, I have participated in numerous types of investigations, during which I conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, and other complex investigations. Since becoming a Special Agent, I have worked with experienced

1

Special Agents and state and local law enforcement officers who also investigate child exploitation offenses.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as the case agent and have served as an undercover agent in online child exploitation cases. During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers, from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), and the Clay County Sheriff's Office (CCSO), among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel. This

affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that JAMES ALLEN RANDALL committed a violation of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B), that is, knowing receipt of a visual depiction of minors engaged in sexually explicit conduct and access with intent to view visual depictions of minors engaged in sexually explicit conduct.

4. This affidavit is made in support of a criminal complaint against JAMES ALLEN RANDALL, that is, in Clay County, on or about February 11, 2023, in the Middle District of Florida, JAMES ALLEN RANDALL knowingly received a visual depiction using any means and facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). This affidavit is also made in support of a criminal complaint against JAMES ALLEN RANDALL, that is, in Clay County, on or about February 16, 2023, in the Middle District of Florida, JAMES ALLEN RANDALL did access with intent to view a matter, that is, a HP All-In-One computer, which contained a visual depiction that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means, when the production of the visual depiction involved the use of a minor engaging in sexually

explicit conduct, and the visual depiction was of such conduct, in violation of 2252(a)(4)(B).

5. On February 14, 2023, I applied for and obtained a federal search warrant for the residence located at 529 Harrison Avenue, Orange Park, Florida 32065 from United States Magistrate Judge Laura Lothman Lambert in Case No. 3:23-mj-1060-LLL. This warrant authorized the search of the residence located at 529 Harrison Avenue, Orange Park, Florida 32065 for fruits, evidence, and instrumentalities of violations of 18 U.S.C. §§ 2252 and 2252A, that is, possession, receipt, and distribution of child pornography. This search warrant is attached as Exhibit 1 and is hereby incorporated by reference.

6. On February 16, 2023, I, together with other HSI agents, HSI Task Force Officers, and law enforcement officers, executed this federal search warrant at the residence located at 529 Harrison Avenue, Orange Park, Florida 32065. During the search of RANDALL's residence, HSI agents discovered a HP -In-One computer in a spare bedroom. The HP All-In-One computer contained a Toshiba hard drive with the capacity to store 1 terabyte of data. The HP All-In-One computer and Toshiba hard drive were both manufactured in China.

7. After securing the residence, I approached JAMES ALLEN RANDALL for a possible interview. RANDALL agreed to talk to me and HSI TFO Ryan Ellis in an interview inside my government vehicle which was parked outside the residence.

This interview was audio recorded. I introduced myself to RANDALL as a Special Agent for HSI and presented my badge and credentials. HSI TFO Ellis did the same.

8. After being advised of his constitutional rights, RANDALL acknowledged those rights and agreed to speak with us without an attorney present. RANDALL provided his full name, date of birth, phone numbers, and an email address. RANDALL stated he also goes by the name "Jim." RANDALL stated he has lived at the residence with his wife since the year 2019. RANDALL stated he currently has a cell phone, a laptop, and a HP All-In-One computer. RANDALL stated he is the only user of the HP All-In-One computer that was located in a spare bedroom and purchased it new during the year 2005. RANDALL stated the HP All-In-One computer is password protected and initially did not provide the password. RANDALL stated they have internet at residence that is provided by AT&T, and it is also password protected. RANDALL stated they have not provided the internet password to anyone and nobody else frequents the residence. RANDALL stated he and his wife have not been away from the residence for a long period of time since they have lived there.

9. I explained the nature of the investigation to RANDALL. When I asked RANDALL when the last time it was that he saw child pornography, RANDALL responded with "I don't want to answer that question." I showed RANDALL the image containing child sexual abuse material that was reported by Microsoft

5

Corporation in CybertTipeline Report 128064345. RANDALL denied being familiar with the image, but stated the children were "pretty young." When asked how old he thought the children were in the image, RANDALL said "12" and "8."

10. Prior to the interview, I took a picture of the HP All-In-One computer live screen that showed the four following internet links at the top of the page: "12yo bigini-Videos," "12YO fuck-Videos," "12yo shower video," and "12yo girl-Videos." During the interview, I showed the picture to RANDALL. After seeing it, he admitted to searching for child pornography on the internet using Google earlier this morning. RANDALL acknowledged it is illegal to view and possess child pornography. RANDALL did not provide an answer as to how many times he has viewed child pornography, how long it has been going on, or when it started. At one point during the interview, RANDALL admitted to searching for and viewing child pornography because he was curious, specifically, how awful people can be to their children.

11. A preliminary examination of the HP All-In-One computer on scene by Computer Forensic Analyst Tony Contes revealed at least one file containing child sexual abuse material. The file was stored in the following location: *"\Root\Users\jim\Downloads\sister-and-brother.zip."* The date associated with the file is February 11, 2023. A description of the file is as follows:

    FILE NAME: *preview.jpg*

    DESCRIPTION: The color image depicts one prepubescent female child and one prepubescent male child sitting next to each other on a bed. Both

6

children are completely nude. The female child is sitting cross-legged next to the male child, who is sitting in an unnatural position. The male child is leaning back on his elbows with his legs spread apart exposing his penis and anus. The female child's hand is wrapped around the male child's penis. The focal point of the image appears to be the genitals of the male child. I believe the image depicts prepubescent children based upon the female child's lack of breast development, lack of any pubic hair on either child, their child-like facial features, and the overall size of their bodies. Based on my training and experience and my review of this image, I believe it depicts at least one prepubescent minor engaged in sexually explicit conduct, that is, masturbation, and therefore constitutes child pornography pursuant to Title 18, United States Code, Section 2256.

12.   The preliminary examination also revealed another file stored in the same location. The file is a text document titled *"readme.txt"* and states the following:

---------------------------

Hi, we Lol1porn's Team and we are your light in child porn!

---------------------------

You'll

have to agree that surfing Dark Net for juicy child porn content is

very tedious and dangerous task. Moreover, it's often fruitless and

frustrating. You have to dig through hundreds upon hundreds of pages to

find useful links where someone might have posted stuff you've been

hunting for month just to find that file share link is dead and archive

removed. FUCK!!! ???? Sounds familiar?

It's time for you to relax and take a deep breath. We got you!

7

```
-------------------------------
        No more frustration

        No more scam artists

        No more dead links

        No more searching

-------------------------------
```

13. Later on February 16, 2023, I spoke with Assistant United States Attorney (AUSA) Ashley Washington by telephone and advised her of, among other things, the information set forth above, and AUSA Washington authorized the arrest of RANDALL for access with intent to view and knowing possession of child pornography.

14. Based upon the foregoing facts, I have probable cause to believe that on or about February 11, 2023, in Clay County, in the Middle District of Florida, JAMES ALLEN RANDALL knowingly received a visual depiction using any means and facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). In addition, I have probable cause to believe that on or about February 16, 2023, in Clay County, in the Middle District of Florida, JAMES ALLEN RANDALL did access with intent to view a matter, that is, a HP All-In-One computer, which contained a

8

visual depiction that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, in violation of 18 U.S.C. § 2252(a)(4)(B).

_____
ASHLEY WILSON, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this _____ day of February 2023, at Jacksonville, Florida.

_____
MONTE C. RICHARDSON
United States Magistrate Judge

9