# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO. 3:23-mj-1083-MCR

JAMES ALLEN RANDALL

                                          Defense Atty.: WAFFA HANANIA
                                          AUSA: ASHLEY WASHINGTON

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | February 16, 2023<br>3:40 PM – 3:50 PM<br>10 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | KIMBERLY BARRETT |

## CLERK'S MINUTES

**PROCEEDINGS:**     **INITIAL APPEARANCE**

Complaint sworn in Chambers.

Defendant arrested on probable cause on February 16, 2023 by HSI.

Court requested presence of counsel for possible appointment.

Defendant advised of rights, charges, penalties and special assessment.

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding his financial ability to retain counsel. Based on Defendant's financial affidavit, the Court appoints the Federal Public Defender's Office. Defendant may be required to reimburse all or a portion of his legal fees.

Oral Notice of appearance entered on behalf of Defendant by Waffa Hanania.

- 2 -

Government orally moved for detention and a continuance of the detention hearing until February 21, 2023.

Oral motion for a continuance is GRANTED.

Detention hearing set before Judge Monte C. Richardson on February 21, 2023 at 1:15 pm – **ORDER TO ENTER**.

Preliminary hearing set before Judge Monte C. Richardson on March 2, 2023 at 11:00 am – **NOTICE TO ENTER**.