# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO. 3:23-mj-1083-MCR

JAMES ALLEN RANDALL

_____

## ORDER OF TEMPORARY DETENTION PENDING
## HEARING PURSUANT TO BAIL REFORM ACT

Upon oral motion of the Government to continue the detention hearing, the Motion is **GRANTED** and it is **ORDERED** that a detention hearing is set for February 21, 2023 at 1:15 PM before the Honorable Monte C. Richardson in Courtroom No. 5C, Fifth Floor, **300 North Hogan Street, Jacksonville, Florida.**  The defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: February 16, 2023

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
United States Marshal Service
United States Pretrial Services