# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:23-mj-1083-MCR

JAMES ALLEN RANDALL
_____/

Defense Atty.: MAURICE GRANT
AUSA: ASHLEY WASHINGTON

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | February 21, 2023 1:18 PM – 1:56 PM 38 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | KIMBERLY BARRETT |

## CLERK'S MINUTES

**PROCEEDINGS:** Detention Hearing

Proffer by the Government.

Proffer by counsel for Defendant.

Proposed Third Party Custodian: Paula Randall placed under oath and questioned by counsel.

Bond set: $25,000.00 – Unsecured Bond – **ORDER SETTING CONDITIONS OF RELEASE TO ENTER**.