UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 3:23-mj-1083-MCR

JAMES ALLEN RANDALL

## ORDER SETTING CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions:

(1) The defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case and shall report any violations, arrests or convictions to Pretrial Services immediately.

(2) The defendant **shall remain at the address provided to the Court and not change address without prior permission from the Court.**

(3) The defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear **before the Honorable Monte C. Richardson, United States Magistrate Judge, 300 North Hogan Street, Courtroom 5C, Fifth Floor, Jacksonville, Florida, on March 2, 2023 at 11:00 AM**

### ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of defendant is subject to the conditions set forth below:

(4) **Financial Conditions:**

The defendant shall execute an **unsecured** bond binding defendant to pay the United States of America the sum of **$25,000.00 with no money deposited with the Registry of the Clerk of Court.**

(5) **CUSTODIANSHIP**

The defendant is placed in the custody of: **Paula Randall** who agrees: (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed *Paula Randall*
Custodian or Proxy

February 21, 2023

Address: *529 Harrison Ave, Orange Park Fl 32065*

Telephone: *(904) 592-7413*

(6) **Specific Conditions:** The defendant shall:

- Abide by the following restrictions on travel: **defendant's travel is restricted to Middle District of Florida**.

- Avoid all contact, directly or indirectly, outside the presence of counsel, with the following persons: victims or witness.

- Report on a regular basis to **Pretrial Services Office** as directed by the Pretrial Services Officer.

- Comply with the following curfew: **defendant must be in the residence of the third party custodian between the hours as determined by United States Pretrial Services**.

- Defendant's curfew may be modified by the Pretrial Services Officer.

- Refrain from possessing a firearm, destructive device, or other dangerous weapon.

- Surrender passport by close of business to the Clerk's Office. Defendant shall not obtain any new travel documents during the pendency of this case.

- Defendant is required to participate in the location monitoring or global positioning monitoring program under the direction of Pretrial Services.

> Costs to be contributed by the defendant at the direction of Pretrial Services.

- Shall not use or possess any computer or access the internet and shall not use or possess any cellular phone or electronic devices that have internet capabilities.

- Third party custodian must maintain possession of electronic devices and they must be password protected.

- Not have any contact with minors without direct supervision of a responsible adult.

**ADVICE OF PENALTIES AND SANCTIONS**

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not

(4)  a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than two years, or both;
more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: _FEB 21, 2023_     _James Allen Randall_
                          Signature of Defendant

_529 Harrison Av. 32065_
Address

_Orange Park Fl._     _904 592 7435_
City and State          Telephone

## DIRECTIONS TO UNITED STATES MARSHAL

(X)  The defendant is **ORDERED** released after processing.

( )  The United States Marshal is **ORDERED** to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

February 21, 2023

_Monte C. Richardson_
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
United States Marshal Service
United States Pretrial Services
United States Probation Office